686 A.2d 760

STATE OF NEW JERSEY v. ARTHUR L.
CHERRY AND DAVID CHERRY.

November 19, 1996.

It is ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in the light of defendants' claims of factual error in the court's opinion. Jurisdiction is not retained.

686 A.2d 760

IN THE MATTER OF REGISTRANT G.D.: APPLICATION
FOR JUDICIAL REVIEW OF NOTIFICATION AND
TIER DESIGNATION (G.D.).

December 11, 1996.

Certification is granted and remanded to the Appellate Division for reconsideration in the light of *In Re: Registrant G.B.*, 147 *N.J.* 62, 685 *A.*2d 1252 (1996).